UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JARMAN M. SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:09CV1196 HEA |
| MICHAEL J. ASTRUE, Commissioner of Social Security | ) ) ) ) |
| Defendant, | ) ) |

## **JUDGMENT**

In accordance with the Opinion, Memorandum and Order entered this same date, the decision of the Commissioner is reversed and remanded for further proceedings in accordance with the Opinion, Memorandum and Order.

Dated this 21st day of July, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE